# STATE v. NORTHERN PACIFIC RAILWAY COMPANY.[2]

June 30, 1911.

Nos. 17,124—(11).

Case followed.

Action in the district court for Ramsey county to restrain defendant from conducting the business of a public warehouseman. The case was tried before Orr, J., who made findings and as conclusion of law ordered judgment in favor of defendant. From the judgment entered pursuant to the order, plaintiff appealed. Affirmed.

[1] Reported in 131 N. W. 1060.                    [2] Reported in 131 N. W. 1078.

*George T. Simpson*, Attorney General, *Lyndon A. Smith*, Assistant Attorney General, and *Cobb & Wheelwright*, for the State.

*M. L. Countryman*, for respondent.

PER CURIAM.

This case is controlled by the decision in State v. Minneapolis & St. Louis Railroad Company, supra, page 116, 131 N. W. 1075.

Affirmed.